IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRIS VAUGHAN, CHARLEEN SWANEY, and MARTIN PETERSEN, individually and on behalf of other members of the general public similarly situated,

Plaintiffs,

v.

HOME DEPOT U.S.A., INC., a Delaware Corporation,

Defendant.[1]

2:11-cv-1041-GEB-CKD

STATUS (PRETRIAL SCHEDULING) ORDER AND SETTING FURTHER STATUS CONFERENCE

The status (pretrial scheduling) conference scheduled for hearing on November 14, 2011, is vacated since the parties' Joint Status Report filed on October 31, 2011 ("JSR") indicates the following Order should issue.

DISMISSAL OF DOE DEFENDANTS

Since Plaintiff has not justified Doe defendants remaining in this action, Does 1 through 50 are dismissed.

SERVICE, JOINDER OF ADDITIONAL PARTIES, AMENDMENT

Plaintiffs state they "intend to file a consolidated complaint on or before November 15, 2011." (JSR 1:17-18.) Therefore, Plaintiffs have until November 15, 2011, to file a motion seeking leave to file the

[1] The caption has been amended according to the Dismissal of Doe Defendants portion of this Order.

referenced amendment, after which time no further service, joinder of parties, or amendments to the pleadings is permitted, except with leave of Court for good cause shown. The referenced motion must be noticed for hearing on the Court's earliest available law and motion date.

CLASS CERTIFICATION MOTION

The last hearing date for a motion for class certification is May 14, 2012, commencing at 9:00 a.m.[2] The motion shall be briefed as prescribed in Local Rule 230.

FURTHER STATUS CONFERENCE

A further status conference is scheduled for July 23, 2012. A joint status report shall be filed no later than fourteen (14) days prior to the status conference.

IT IS SO ORDERED.

Dated: November 7, 2011

GARLAND E. BURRELL, JR.
United States District Judge

---

[2] This time deadline does not apply to motions for continuances, temporary restraining orders, emergency applications, or motions under Rule 16(e) of the Federal Rules of Civil Procedure.