KENDRA L. ORR (State Bar No. 256729)
MEGAN R. NISHIKAWA (State Bar No. 271670)
KING & SPALDING LLP
101 Second Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

OF COUNSEL:
S. STEWART HASKINS
ZACHARY A. McENTYRE
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: 404.572.4600
Facsimile: 404.572.5100

Attorneys for Defendant
THE HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHRIS VAUGHAN, CHARLEEN SWANEY, and MARTIN PETERSEN, individually and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>Defendant. | CASE NO. 2:11-cv-1041-GEB-CKD<br><br>**PARTIES' STIPULATION RE CONSOLIDATED COMPLAINT AND DISMISSAL OF COMMON LAW CLAIMS; [PROPOSED] ORDER** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties to the above-entitled actions, through their undersigned counsel of record that:

1. In light of the California Court of Appeal's decision in *Folgelstrom v. Lamps Plus, Inc.* (2011) 195 Cal.App.4th 986, Home Depot believes that the common law claims asserted by Plaintiffs Petersen and Swaney are not viable as a matter of law. Plaintiffs Petersen and Swaney stipulate and agree to dismiss with prejudice their common-law claims for negligence, invasion of

1

privacy, and unlawful intrusion.

2. Under Rule 15(a)(2) of the Federal Rules of Civil Procedure, "a party may amend its pleading . . . with the opposing party's written consent. . . ." Accordingly, the parties stipulate and agree that, by January 27, 2012, Plaintiffs will file a single consolidated complaint in this matter reflecting the dismissal of common-law claims by Plaintiffs Petersen and Swaney. The parties agree that the filing of a consolidated complaint would advance the interests of judicial economy and efficiency and best serve all parties to this action, aiding in avoiding duplicative discovery and allow consolidated briefing on certain legal issues.

| | |
|---|---|
| Dated: January 11, 2012 | KING & SPALDING LLP<br><br>By:   /s/ KENDRA ORR<br>       KENDRA L. ORR<br>       MEGAN NISHIKAWA<br><br>Attorneys for Defendant<br>HOME DEPOT U.S.A., INC. |
| Dated: January 11, 2012 | INITIATIVE LAW GROUP APC<br><br>By:   /s/ MIRIAM SCHIMMEL<br>       MIRIAM SCHIMMEL<br>       ANDREW J. SOKOLOWSKI<br><br>Initiative Law Group APC<br>1800 Century Park East, 2nd Floor<br>Los Angeles, CA 90067<br><br>Counsel for Plaintiff CHRIS VAUGHN |
| Dated: January 11, 2012 | STONEBARGER LAW, APC<br><br>By:   /s/ GENE J. STONEBARGER<br>       GENE J. STONEBARGER<br><br>Stonebarger Law, APC<br>75 Iron Point Circle, Suite 145<br>Folsom, CA 95630<br><br>Counsel for Plaintiff CHARLEEN SWANEY |
| Dated: January 11, 2012 | PATTERSON LAW GROUP, APC<br><br>By:   /s/ JAMES PATTERSON<br>       JAMES R. PATTERSON |

|   | Patterson Law Group, APC<br>402 West Broadway, 29th Floor<br>San Diego, California  92101<br><br>Counsel for Plaintiff MARTIN PETERSON |
|---|---|

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

**Date: 1/11/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge

PARTIES' STIPULATION RE CONSOLIDATED COMPLAINT AND DISMISSAL OF COMMON LAW CLAIMS