1  Gene J. Stonebarger (SBN 209461)
   gstonebarger@stonebargerlaw.com
2  Richard D. Lambert (SBN 251148)
   rlambert@stonebargerlaw.com
3  Elaine W. Yan (SBN 277961)
   eyan@stonebargerlaw.com
4  STONEBARGER LAW
   A Professional Corporation
5  75 Iron Point Circle, Suite 145
   Folsom, CA 95630
6  Telephone: (916) 235-7140
   Facsimile: (916) 235-7141
7
   *Attorneys for Plaintiff Charleen Swaney and the Class*
8
   Kendra L. Orr, State Bar No. 256729
9  korr@kslaw.com
   Megan R. Nishikawa, State Bar No. 271670
10 mnishikawa@kslaw.com
   KING & SPALDING LLP
11 101 Second Street, Suite 2300
   San Francisco, CA 94105
12 Telephone (415) 318-1200
   Facsimile (415) 318-1300
13
   *Attorneys for Defendant The Home Depot, USA*
14

15                  UNITED STATES DISTRICT COURT

16                 EASTERN DISTRICT OF CALIFORNIA

17                     SACRAMENTO DIVISION

18 CHRIS VAUGHAN, CHARLEEN SWANEY,     ) CASE NO. 2:11-cv-1041-GEB-CKD
   and MARTIN PETERSEN, individually and on )
19 behalf of other members of the general public ) **CLASS ACTION**
   similarly situated,                  )
20                                      )
                                        ) **STIPULATION TO CONTINUE CLASS**
21              Plaintiffs,             ) **CERTIFICATION HEARING**
                                        ) **DEADLINE; [PROPOSED] ORDER**
22        v.                            )
                                        )
23 HOME DEPOT U.S.A., INC., a Delaware  ) Complaint Filed: February 15, 2011
   Corporation; and DOES 1 through 50, inclusive, ) Trial Date:      None Set
24                                      )
              Defendant.                )
25 _____ )

26        Plaintiffs Chris Vaughan, Charleen Swaney, and Martin Petersen ("Plaintiffs") and

27 Defendant Home Depot U.S.A., Inc. ("Home Depot" or "Defendant") (collectively the "Parties"),

28 by and through their respective counsel, respectfully submit this Stipulation to Continue Class

                                        1
─────────────────────────────────────────────────────────
     **STIPULATION TO CONTINUE CLASS CERTIFICATION HEARING DEADLINE;**
                        **[PROPOSED] ORDER**

1  Certification Hearing Date and Extend Briefing Schedule.  In support of this filing, the Parties

2  hereby stipulate as follows:

3       **WHEREAS**, this Court previously scheduled the last hearing date for the Motion for

4  Class Certification to be heard on May 14, 2012 at 9:00 a.m. (*see Dckt. No.* 24);

5       **WHEREAS**, the Parties have engaged in substantial written discovery;

6       **WHEREAS**, the Parties have agreed to attend private mediation prior to the hearing on

7  Class Certification in an effort to negotiate the resolution of this Action and have scheduled the

8  mediation to take place on April 12, 2012;

9       **WHEREAS**, the Parties have agreed to postpone depositions until after the mediation;

10       **WHEREAS**, there have been no prior modifications to the class certification briefing

11  schedule, and this request to continue the May 14, 2012 hearing deadline is not being made for

12  purposes of delay or for any other improper purpose.

13       **THEREFORE, IT IS HEREBY AGREED AND STIPULATED** that in light of the

14  Parties' agreement to attend mediation prior to the filing of Plaintiffs' Motion for Class

15  Certification, the Parties have agreed, subject to the Court's approval, to continue the May 14,

16  2012 hearing deadline on the Motion for Class Certification for sixty (60) days, to July 16, 2012,

17  and to extend the briefing schedule accordingly pursuant to Local Rule 230.

18  DATED:  March 28, 2012                STONEBARGER LAW, APC

19

20                           By  */s/Gene J. Stonebarger*
                            Gene J. Stonebarger

21                              gstonebarger@stonebargerlaw.com
                            *Attorneys for Plaintiff Charleen Swaney*

22  DATED:  March 28, 2012                PATTERSON LAW GROUP, APC

23

24                           By  */s/James R. Patterson*
                            James R. Patterson

25                              jim@pattersonlawgroup.com
                            *Attorneys for Plaintiff Martin Petersen*

26

27

28

2

**STIPULATION TO CONTINUE CLASS CERTIFICATION HEARING DEADLINE;**
**[PROPOSED] ORDER**

1   DATED:  March 28, 2012                          INITIATIVE LAW GROUP APC

2
                                                    By  /s/Miriam Schimmel
3                                                      Miriam Schimmel
                                                       mschimmel@initiativelegal.com
4                                                      Andrew J. Sokolowski
                                                       asokolowski@initiativelegal.com
5                                                      *Attorneys for Plaintiff Chris Vaughn*

6

7   DATED:  March 28, 2012                          KING & SPALDING LLP

8
                                                    By  /s/Kendra L. Orr
9                                                      Kendra L. Orr
                                                       korr@kslaw.com
10                                                     Megan Nishikawa
                                                       mnishikawa@kslaw.com
11                                                     *Attorneys for Defendant*
                                                       *Home Depot U.S.A., Inc.*
12

13          **PURSUANT TO STIPULATION IT IS SO ORDERED.**

14

15   3/29/12

16                                                  _____
                                                    GARLAND E. BURRELL, JR.
17                                                  United States District Judge

18

19

20

21

22

23

24

25

26

27

28
                                       3