Gene J. Stonebarger (SBN 209461)
gstonebarger@stonebargerlaw.com
Richard D. Lambert (SBN 251148)
rlambert@stonebargerlaw.com
Elaine W. Yan (SBN 277961)
eyan@stonebargerlaw.com
STONEBARGER LAW
A Professional Corporation
75 Iron Point Circle, Suite 145
Folsom, CA 95630
Telephone: (916) 235-7140
Facsimile: (916) 235-7141

*Attorneys for Plaintiff Charleen Swaney and the Class*

Kendra L. Orr, State Bar No. 256729
korr@kslaw.com
Megan R. Nishikawa, State Bar No. 271670
mnishikawa@kslaw.com
KING & SPALDING LLP
101 Second Street, Suite 2300
San Francisco, CA 94105
Telephone (415) 318-1200
Facsimile (415) 318-1300

*Attorneys for Defendant The Home Depot, USA*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHRIS VAUGHAN, CHARLEEN SWANEY, and MARTIN PETERSEN, individually and on behalf of other members of the general public similarly situated,<br><br>              Plaintiffs,<br><br>      v.<br><br>HOME DEPOT U.S.A., INC., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>              Defendant. | CASE NO. 2:11-cv-1041-GEB-CKD<br><br>**CLASS ACTION**<br><br>**STIPULATION TO CONTINUE CLASS CERTIFICATION HEARING DEADLINE; [PROPOSED] ORDER**<br><br>Complaint Filed: February 15, 2011<br>Trial Date:         None Set |

Plaintiffs Chris Vaughan, Charleen Swaney, and Martin Petersen ("Plaintiffs") and Defendant Home Depot U.S.A., Inc. ("Home Depot" or "Defendant") (collectively the "Parties"), by and through their respective counsel, respectfully submit this Stipulation to Continue Class

1

Certification Hearing Date and Extend Briefing Schedule.  In support of this filing, the Parties hereby stipulate as follows:

**WHEREAS**, this Court previously scheduled the last hearing date for the Motion for Class Certification to be heard on May 14, 2012 at 9:00 a.m. (*see Dckt. No.* 24);

**WHEREAS**, the Parties have engaged in substantial written discovery;

**WHEREAS**, the Parties have agreed to attend private mediation prior to the hearing on Class Certification in an effort to negotiate the resolution of this Action and have scheduled the mediation to take place on April 12, 2012;

**WHEREAS**, the Parties have agreed to postpone depositions until after the mediation;

**WHEREAS**, there have been no prior modifications to the class certification briefing schedule, and this request to continue the May 14, 2012 hearing deadline is not being made for purposes of delay or for any other improper purpose.

**THEREFORE, IT IS HEREBY AGREED AND STIPULATED** that in light of the Parties' agreement to attend mediation prior to the filing of Plaintiffs' Motion for Class Certification, the Parties have agreed, subject to the Court's approval, to continue the May 14, 2012 hearing deadline on the Motion for Class Certification for sixty (60) days, to July 16, 2012, and to extend the briefing schedule accordingly pursuant to Local Rule 230.

DATED:  March 28, 2012                           STONEBARGER LAW, APC

By  /s/Gene J. Stonebarger
   Gene J. Stonebarger
   gstonebarger@stonebargerlaw.com
   *Attorneys for Plaintiff Charleen Swaney*

DATED:  March 28, 2012                           PATTERSON LAW GROUP, APC

By  /s/James R. Patterson
   James R. Patterson
   jim@pattersonlawgroup.com
   *Attorneys for Plaintiff Martin Petersen*

1 | DATED: March 28, 2012 | INITIATIVE LAW GROUP APC

By  /s/Miriam Schimmel
   Miriam Schimmel
   mschimmel@initiativelegal.com
   Andrew J. Sokolowski
   asokolowski@initiativelegal.com
   *Attorneys for Plaintiff Chris Vaughn*

DATED: March 28, 2012 | KING & SPALDING LLP

By  /s/Kendra L. Orr
   Kendra L. Orr
   korr@kslaw.com
   Megan Nishikawa
   mnishikawa@kslaw.com
   *Attorneys for Defendant*
   *Home Depot U.S.A., Inc.*

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

3/29/12

_____
GARLAND E. BURRELL, JR.
United States District Judge