UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHRIS VAUGHAN, CHARLEEN SWANEY, and MARTIN PETERSEN, individually and on behalf of other members of the general public similarly situated,<br><br>                    Plaintiffs,<br><br>    v.<br><br>HOME DEPOT U.S.A., INC., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>                    Defendant. | Case No. 2:11-cv-1041-GEB-CKD<br><br>**JUDGMENT**<br><br>Date:    October 22, 2012<br>Time:    9:00 a.m.<br>Dept.:   10<br>Judge:   Hon. Garland E. Burrell, Jr. |

**WHEREAS**, on June 29, 2012, the Court granted preliminary approval to the Parties' Settlement Agreement;

**WHEREAS**,  on October 22 2012, the Court granted final approval to the Parties' Settlement Agreement, finding that the settlement is fair, reasonable and adequate within the meaning of Rule 23(e) of the Federal Rules of Civil Procedure and applicable law;

**WHEREAS**, the Settlement Class Members have released the Released Claims (as defined in the Settlement Agreement) against Defendant, as set forth in the Settlement Agreement and the Court's Order Granting Final Approval to Class Action Settlement ("Final Approval Order"); and

/ / /

1  **WHEREAS**, the Final Approval Order dismissed with prejudice all of the claims alleged
2  against Defendant in this Action.
3  **NOW, THEREFORE**, the Court hereby enters judgment in this case, pursuant to Federal
4  Rule of Procedure 58.

6  **IT IS SO ORDERED AND ADJUDGED.**
7  **Date:  10/22/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge